IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JOHN ELWAIN HERNDON                                                                  PLAINTIFF

v.                                          Case No. 6:23-cv-6140

WARDEN JARED BYERS,
Ouachita River Correctional Unit (ORCU);
LT. MONTGOMERY, ORCU; and
SGT. SUTTON, ORCU                                                                    DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed January 22, 2025, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 26.  Judge Bryant recommends that Defendants' Motion for Summary Judgment (ECF No. 19) be granted because Plaintiff failed to exhaust his administrative remedies in accordance with 28 U.S.C. § 1997e(a).  No party has filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Therefore, the Court adopts the Report and Recommendation (ECF No. 26) *in toto*.  Accordingly, the Motion for Summary Judgment (ECF No. 19) is **GRANTED**.  Plaintiff's claims are dismissed without prejudice.

**IT IS SO ORDERED**, this 27th day of February, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge